UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Grow Biz International, Inc., a Minnesota Corporation,

Plaintiff,

v.

Bernard R. Murtha and Kelly A. Murtha, individuals,

Defendants.

Civil File No.: 01-2020 JRT/FLN

**ENTRY OF DEFAULT**

Upon application of Plaintiff Grow Biz International, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, a default hereby is entered against Defendants Bernard R. Murtha and Kelly A. Murtha for failure to appear, plead or otherwise defend in this action

So entered by the Clerk of the Court on December 18, , 2001.

RICHRD D. SLETTEN
Clerk of Court

By: Donnie LaFond
Deputy Clerk

5